147 A.3d 393

**LAMONE**

v.

**SCHLAKMAN**

**Pet. Docket No. 370, Sept.Term, 2016**

Court of Appeals of Maryland.

October 6, 2016

Pending in the Court of Special Appeals (No. 1492, Sept. Term, 2016).

Petition for writ of certiorari granted.

■

147 A.3d 393

**MOORE**

v.

**MONTGOMERY CO. BD. OF ELECTIONS**

**Pet. Docket No. 393, Sept.Term, 2016**

Court of Appeals of Maryland.

October 7, 2016

Pending in the Court of Special Appeals (No. ——, Sept. Term, 2016).

Petition for writ of certiorari denied.